# Copyright
United States Copyright Office

**The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 139 of 155 entries



Labeled View

### *Threes Company.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001804939 / 2012-08-21 |
| **Application Title:** | Threes Company. |
| **Title:** | Threes Company. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-08-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently

# EXHIBIT D