IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03170-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-8,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2013.**

    Defendant Doe #7's Motion for Leave to Proceed Anonymously [filed February 6, 2012; docket #16] is **granted** as follows. Defendant may proceed anonymously in this matter as "Doe #7" only for the purpose of adjudicating the pending motion to quash. Upon resolution of the motion to quash, should Doe #7 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.